BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
46 N. Second Street, Suite A
Campbell, California 95008
Telephone: (408) 866-2999
Facsimile: (408) 866-2992

Attorney for Secured Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| In re:<br><br>JOSE FELIPE OSEGUERA,<br><br>Debtor.<br>_____/ | Case No. 11-54904-SLJ<br>Chapter 11<br><br>NOTICE OF PERFECTION OF SECURITY INTEREST IN RENTS AND PROFITS UNDER THE DEED OF TRUST OF THE SECURED CREDITORS AND NOTICE PROHIBITING USE OF CASH COLLATERAL |

PLEASE TAKE NOTICE that Secured Creditor RAY SPEAR, TRUSTEE OF VAL'S PLUMBING & HEATING INC., PROFIT SHARING PLAN AND TRUST (hereafter "Creditor"), beneficiary under a second deed of trust on improved commercial real property with the following collective addresses of 1510 Fremont Blvd., 1534 Fremont Blvd., 974 Palm Avenue, 1012 Palm Avenue, and 935 Elm Avenue, all in Seaside, California (the "Property"), recorded on December 13, 2005, in the County of Monterey, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference, hereby perfect its interest in the rents and profits described therein by this Notice as provided in 11 U.S.C. § 546(b).

PLEASE TAKE FURTHER NOTICE that all rents, issues and profits of the Property described in Exhibit "A" coming into existence since the initiation of Debtor's bankruptcy proceeding constitute cash

___

1

NOTICE OF PERFECTION OF SECURITY INTEREST IN RENTS AND PROFITS UNDER THE DEED OF TRUST OF THE SECURED CREDITOR AND NOTICE PROHIBITING USE OF CASH COLLATERAL

Case: 11-54904   Doc# 27   Filed: 06/02/11   Entered: 06/02/11 15:25:48   Page 1 of 2

collateral of the Creditor pursuant to 11 U.S.C. § 363. The Creditor does not consent to use of its cash collateral by the Debtor, Debtor in possession, trustee or any other person or entity. Such parties are required to segregate and account to the Creditor for such cash collateral pursuant to 11 U.S.C. § 363(c)(4) and will be held accountable for the same by the Creditor in this court. This notice is intended as additional perfection in addition to any perfection which may have already occurred by state law.

Dated: June 2, 2011

Respectfully submitted,

Law Office of Benjamin R. Levinson
A Professional Corporation


*/S/ BENJAMIN R. LEVINSON*
BENJAMIN R. LEVINSON, Attorney for
Secured Creditor

---

2
NOTICE OF PERFECTION OF SECURITY INTEREST IN RENTS AND PROFITS UNDER THE DEED OF TRUST OF THE SECURED CREDITOR AND NOTICE PROHIBITING USE OF CASH COLLATERAL

Case: 11-54904   Doc# 27   Filed: 06/02/11   Entered: 06/02/11 15:25:48   Page 2 of 2