George L. Baugh (Bar No: 97407)
**LAW OFFICES OF GEORGE L. BAUGH**
The DeSales Law Building
2201 E. Chapman Avenue
Fullerton, CA 92831
Phone: (714) 870-5253
FAX: (714) 526-3915

**Attorney for Debtor and Debtor-in-Possession**
Jose Felipe Oseguera

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In Re: | **CASE NO.:** 11-54904 |
|---|---|
| Jose Felipe Oseguera | Chapter 11 |
| Debtor and Debtor-in-Possession | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11 U.S.C. §363]** |
| | This motion is being made under Hearing set on a regular notice: BLR 9014-1(a) |
| | Date: August 24, 2011<br>Time: 1:30p.m.<br>Courtroom: 3099 |

1. **PLEASE TAKE NOTICE THAT** Debtor moves this court for an 0rder authorizing interim use of cash collateral.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge pursuant to BLR 500-2(d) and the Court Manual.

**Notice of Motion**

| | |
|---|---|
| 1 | **Hearing Set on Regular Notice: Notice Provided Under BLR 9014-1(a):** This Motion is set for hearing on regular notice pursuant to BLR 9014-1(a). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 7 days prior to the hearing.** Your response must comply with BLR 9014-1(c)(1). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures. |

Date: July 5, 2011         By: \_/s/_____
                                George L. Baugh, Attorney for Debtor
                                and Debtor-in-Possession
                                JOSE FELIPE OSEGUERA

**Notice of Motion**

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

112 East Chapman Avenue, Suite E
Orange, California 92866

A true and correct copy of the foregoing document described as ***Notice of Motion For Order Authorizing Use of Cash Collateral*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: Served via USPS on JULY 6, 2011.

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***JULY 6, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***JULY 6, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***JULY 6, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JULY 1, 2011 | NICOLE HERRING | /s/ NICOLE HERRING |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                  F 9013-3.1.PROOF.SERVICE

Case: 11-54904   Doc# 53   Filed: 07/06/11   Entered: 07/06/11 12:13:37   Page 3 of 10

United States Bankruptcy Court
Northern District of California -
San Jose Division
280 South First Street, Rm 3035
San Jose, CA 95113-3099

Office of the United States
Trustee, Region 17
280 South First Street, Rm 268
San Jose, CA 95113

Adelaida Ojendiz
1532 Fremont Boulevard
Apartment A
Seaside, CA 93955

Adelfa Otero
10326 Tembladera Street
Apartment 3
Castroville, CA 95012

Adolfo Sanchez
1532 Fremont Boulevard
Apartment L
Seaside, CA 93955

Adrian Rodriguez
1532 Fremont Boulevard
Apartment J
Seaside, CA 93955

Adriana Basaldu
1721 Lowell Street, Unit A
Seaside, CA 93955

Albina Aguilar
10326 Tembladera Street
Apartment 10
Castroville, CA 95012

Alejandro Martinez
10326 Tembladera Street
Apartment 19
Castroville, CA 95012

Alex Flores
1530 Fremont Boulevard
Apartment L
Seaside, CA 93955

Alfredo Fernandez
10326 Tembladera Street
Apartment 11
Castroville, CA 95012

Alliance Mortgage
P.O. Box 79301
City of Industry, CA
91716-9301

Alvaro Sanchez
10326 Tembladera Street
Apartment 2
Castroville, CA 95012

Amelia Basaldu
1721 Lowell Street, Unit A
Seaside, CA 93955

Anabel Gonzales
10326 Tembladera Street
Apartment 11
Castroville, CA 95012

Ancient Timbers
1132 Madison Lane, Unit B1
Salinas, CA 93906

Angel Garcia
1530 Fremont Boulevard
Apartment C
Seaside, CA 93955

Angelica Garate
1530 Fremont Boulevard
Apartment E
Seaside, CA 93955

Angelina Sanchez
10326 Tembladera Street
Apartment 2
Castroville, CA 95012

Annabel Negrele
1258 San Lucas, Studio
Seaside, CA 93955

Antonio R. Cruz
1530 Fremont Boulevard
Apartment J
Seaside, CA 93955

Antonio Santana Vasquez
10326 Tembladera Street
Apartment 1
Castroville, CA 95012

Apansea L. Graves
1532 Fremont Boulevard
Apartment K
Seaside, CA 93955

Araceli Learer Diaz-Diaz
1532 Fremont Boulevard
Apartment C
Seaside, CA 93955

Audrey Moosman
1532 Fremont Boulevard
Apartment N
Seaside, CA 93955

Augustina Jimenez Aquina
1530 Fremont Boulevard
Apartment C
Seaside, CA 93955

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Bay Federal Credit Union
3333 Clares St
Capitola, CA 95010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

Case: 11-54904   Doc# 53   Filed: 07/06/11   Entered: 07/06/11 12:13:37   Page 4 of 10

Brandalyn Raymond
37409 Palo Colorado
Carmel, CA  93923

Catalina Bravo
10326 Tembladera Street
Apartment 6
Castroville, CA  95012

Catalina Maya
10326 Tembladera Street
Apartment 6
Castroville, CA  95012

Chase Home Finance
P.O. Box 78420
Phoenix, AZ  85062-8420

Cherrie Romero
1254 San Lucas Street
Seaside, CA  93955

Christopher M. McDermott
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA  92177-0933

Christopher M. McDermott
PITE DUNCAN, LLP
P.O. Box 17933
San Diego, CA  92177-0933

Christopher Moosman
1532 Fremont Boulevard
Apartment N
Seaside, CA  93955

Ciro Lorenzo Gopar Santiago
1530 Fremont Boulevard
Apartment J
Seaside, CA  93955

Claudia Gonzalez
1532 Fremont Boulevard
Apartment T
Seaside, CA  93955

Claudia Orozco
1530 Fremont Boulevard
Apartment D
Seaside, CA  93955

Coast Cap. Income Fund, LLC
c/o Bruce Cornelius, Esq
Belzer Hulchiy & Murray
3650 Mt. Diablo Blvd   #130
Lafayette, CA  94549

Cristopher Chacon
10326 Tembladera Street
Apartment 9
Castroville, CA  95012

Daniel Sanchez
1532 Fremont Boulevard
Apartment L
Seaside, CA  93955

Darrell Sostand
10326 Tembladera Street
Apartment 4
Castroville, CA  95012

David B. Stark, M.D.
1534 Fremont Boulevard
Suite F
Seaside, CA  93955

David Winans
37409 Palo Colorado
Carmel, CA  93923

Domitila Perez
222 Mortimer Lane
Marina, CA  93933

East West Bank
1881 W Main St
Alhambra, CA  91801

Elena Fernandez
10326 Tembladera Street
Apartment 11
Castroville, CA  95012

Elisabeth Oseguera
10326 Tembladera Street
Apartment 19
Castroville, CA  95012

Emilio Alvarez
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

Erica Fernandez
10326 Tembladera Street
Apartment 22
Castroville, CA  95012

Ernesto Sanchez
1136 Madison Lane
Salinas, CA  93907

Estelita Lomboy
1532 Fremont Boulevard
Apartment M
Seaside, CA  93955

Eva Moreno
1532 Fremont Boulevard
Apartment S
Seaside, CA  93955

Ezequiel Roal
10326 Tembladera Street
Apartment 6
Castroville, CA  95012

Faviola Bejarano
10326 Tembladera Street
Apartment 14
Castroville, CA  95012

Fernando Martinez
1530 Fremont Boulevard
Apartment M
Seaside, CA  93955

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                  **F 9013-3.1.PROOF.SERVICE**

Case: 11-54904    Doc# 53    Filed: 07/06/11    Entered: 07/06/11 12:13:37    Page 5 of 10

Fernando Sanchez
1532 Fremont Boulevard
Apartment L
Seaside, CA  93955

Frederico Ventura
10326 Tembladera Street
Apartment 17
Castroville, CA  95012

Gabilan Mortgage
PLM Lender Services, Inc
46 North Second Street
Campbell, CA  95008

Gabriel Sanchez Hernandez
1530 Fremont Boulevard
Apartment J
Seaside, CA  93955

Garnett Quarles
1532 Fremont Boulevard
Apartment Q
Seaside, CA  93955

GC Services Ltd Partnership
P.O. Box 865
Houston, TX  77001

Gerardo Anduaga
1532 Fremont Boulevard
Apartment F
Seaside, CA  93955

Gerardo Rocha
10326 Tembladera Street
Apartment 19
Castroville, CA  95012

Gerardo Villa
1530 Fremont Boulevard
Apartment Q
Seaside, CA  93955

Giovanny Garate
1530 Fremont Boulevard
Apartment K
Seaside, CA  93955

Gloria Iniguez
1134 Madison Lane
Salinas, CA  93906

Graciela Sevillano
1532 Fremont Boulevard
Apartment E
Seaside, CA  93955

Guillermo Anduaga
1532 Fremont Boulevard
Apartment F
Seaside, CA  93955

Gustavo Sanchez
10326 Tembladera Street
Apartment 13
Castroville, CA  95012

Hart Flooring
1132 Madison Lane
Salinas, CA  93906

Hazael Barajas
1532 Fremont Boulevard
Apartment T
Seaside, CA  93955

Home Depot
P.O. Box 182676
Columbus, OH  43218

Hugo Ramirez
1532 Fremont Boulevard
Apartment C
Seaside, CA  93955

Isac Flores
1254 San Lucas
Seaside, CA  93955

Iva Cota
1530 Fremont Boulevard
Apartment M
Seaside, CA  93955

Jaime Cajas
1532 Fremont Boulevard
Apartment B
Seaside, CA  93955

Javier Alvarez
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

Jennifer Moreno
1727 Lowell Street
Seaside, CA  93955

Jim Young Masonry
1132 Madison Lane
Salinas, CA  93906

Joel Jensen
1231 10th St
Monterey, CA  93940

Jorge Martinez
1532 Fremont Boulevard
Apartment R
Seaside, CA  93955

Jose Angel Bravo
10326 Tembladera Street
Apartment 6
Castroville, CA  95012

Jose Jesus Garcia
1721 Lowell Street, Unit B
Seaside, CA  93955

Jose Jesus Torres
CD Jewel
1534 Fremont Boulevard, Ste E
Seaside, CA  93955

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

Case: 11-54904    Doc# 53    Filed: 07/06/11    Entered: 07/06/11 12:13:37    Page 6 of 10

Jose Luis Barrosa
1530 Fremont Boulevard
Apartment G
Seaside, CA  93955

Jose Luis Sanchez Torres
10326 Tembladera Street
Apartment 12
Castroville, CA  95012

Jose M. Nieto
10326 Tembladera Street
Apartment 14
Castroville, CA  95012

Josefa Cruz
10326 Tembladera Street
Apartment 22
Castroville, CA  95012

Joseph Deeney
428 Rittenhouse Circle
Havertown, PA  19083

Juan Carlos Mesa
1530 Fremont Boulevard
Apartment P
Seaside, CA  93955

Juan Carrillo
222 Mortimer Lane
Marina, CA  93933

Juan Chavez Fabian
10326 Tembladera Street
Apartment 10
Castroville, CA  95012

Juan Lopez
1532 Fremont Boulevard
Apartment S
Seaside, CA  93955

Juan Reyes
10326 Tembladera Street
Apartment 2
Castroville, CA  95012

Juan Reyes Cruz
10326 Tembladera Street
Apartment
Castroville, CA  95012

Juan Torres Molina
10326 Tmebladera Street
Apartment 16
Castroville, CA  95012

Juana Fernandez
10326 Tembladera Street
Apartment 11
Castroville, CA  95012

Julio Cesar Gutierrez
1530 Fremont Boulevard
Apartment G
Seaside, CA  93955

Julio Cruz
10326 Tembladera Street
Apartment 22
Castroville, CA  95012

Larazo Reyes
10326 Tembladera Street
Apartment 2
Castroville, CA  95012

Law Office of
Benjamin R. Levinson
A Professional Corporation
46 North Second Street, Ste A
Campbell, California  95008

LBPS
Lender Business Process Srvces
14523 SW Millikan Way
Suite 200
Beaverton, OR  97005

Leonardo Tellez
1532 Fremont Boulevard
Apartment E
Seaside, CA  93955

Leticia Chacon
10326 Tembladera Street
Apartment 9
Castroville, CA  95012

Lorena Sanchez
10326 Tembladera Street
Apartment 2
Castroville, CA  95012

Louis Lomeli
1132 Masdison, Unit C
Salinas, CA  93906

Lucia Cajas
1532 Fremont Boulevard
Apartment B
Seaside, CA  93955

Luis Chavez Fabian
10326 Tembladera Street
Apartment 10
Castroville, CA  95012

Luis Memelia
10326 Tembladera Street
Apartment 8
Castroville, CA  95012

Manuel & Rosalinda Gasca
10326 Tembladera Street
Apartment 18
Castroville, CA  95012

Manuel Perez
222 Mortimer Lane
Marina, CA  93933

Marcela Garate
1530 Fremont Boulevard
Apartment K
Seaside, CA  93955

Marcos Perez Bucio
1532 Fremont Boulevard
Apartment H
Seaside, CA  93955

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Margarita Sanchez
1532 Fremont Boulevard
Apartment L
Seaside, CA  93955

Maria A. Alvarez
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

Maria Anquiano
1530 remont Boulevard
Apartment Q
Seaside, CA  93955

Maria Carmen Ronan
1530 Fremont Boulevard
Apartment N
Seaside, CA  93955

Maria Del Carmen Luis
1532 Fremont Boulevard
Apartment C
Seaside, CA  93955

Maria Guerara
1532 Fremont Boulevard
Apartment J
Seaside, CA  93955

Maria L  Perez
10326 Tembladera Street
Apartment 7
Castroville, CA  95012

Maria Leticia Franco Martinez
222 Mortimer Lane, Studio
Marina, CA  93933

Maria Morreil
10326 Tembladera Street
Apartment 1
Castroville, CA  95012

Maria Teresa Flores Ortiz
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

Marisol Reynaga
1530 Fremont Boulevard
Apartment A
Seaside, CA  93955

Martin Gonzales Ramos
1530 remont Boulevard
Apartment F
Seaside, CA  93955

Martin Mejilla
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

Martin Sanchez
10326 Tembladera Street
Apartment 13
Castroville, CA  95012

Marvin Crawford
1138 Madison Lane
Salinas, CA  93907

Mayra Ventura
1532 Fremont Boulevard
Apartment P
Seaside, CA  93955

Mike Morales Isidro
La Excelenta
1534 Fremont Boulevard, Ste C
Seaside, CA  93955

Mikey T. Nguyen
Pro Top Nails
1534 Fremont Boulevard, Ste B
Seaside, CA  93955

Moises Cornejo
M & E Gifts
1534 Fremont Boulevard, Ste A
Seaside, CA  93955

Moises Torres
10326 Tembladera Street
Apartment 2
Castroville, CA  95012

Mustang Beginnings
1132 Madison Lane
Unit B2
Salinas, CA  93907

Naphaly Perez
1532 Fremont Boulevard
Apartment P
Seaside, CA  93955

Nathan Baker
37200 Nason Road, Space 55
Carmel Valley, CA  93924

Nationstar Mortgage
350 Highland Dr
Lewisville, TX  75067

Nationstar Mortgage, LLC
P.O. Box 829009
Dallas, TX  75382-9009

Nayolly Garate
1530 Fremont Boulevard
Apartment K
Seaside, CA  93955

Paul Romero
1254 San Lucas
Seaside, CA  93955

Paulina Alvarez
10326 Tembladera Street
Apartment 20
Castroville, CA  95012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

Case: 11-54904    Doc# 53    Filed: 07/06/11    Entered: 07/06/11 12:13:37    Page 8 of 10

Paydeen Garate
1530 Fremont Boulevard
Apartment K
Seaside, CA  93955

Pricilla Cruz
10326 Tembladera Street
Apartment 9
Castroville, CA  95012

Prober & Raphael
A Law Corporation
20750 Ventura Blvd   Suite 100
Woodland Hills, CA  91364

RaboBank
P.O. Box 1845
El Centro, CA  92244

Rabobank, N.A.
c/o Boutin Jones, Inc
555 Capital Mall, Suite 1500
Sacramento, CA  95814

Rachel Martinez
37200 Nason Road, Space 55
Carmel Valley, CA  93924

Remberto Ramirez Rojas
1721 Lowell Street, Unit A
Seaside, CA  93955

Reynaldo Vasquez
10326 Tembladera Street
Apartment 5
Castroville, CA  95012

Richard Johnson
1532 Fremont Boulevard
Apartment G
Seaside, CA  93955

Rick Yacout
1132 Madison Lane
Salinas, CA  93907

Robert John Narisco
1532 Fremont Boulevard
Apartment M
Seaside, CA  93955

Robert T. Narisco
1532 Fremont Boulevard
Apartment M
Seaside, CA  93955

Roberto Perez
10326 Tembladera Street
Apartment 15
Castroville, CA  95012

Rogelio Bamacio
1530 Fremont Boulevard
Apartment D
Seaside, CA  93955

Rosa Martinez
10326 Tembladera Street
Apartment 19
Castroville, CA  95012

Rosalba Barreras
10326 Tembladera Street
Apartment 8
Castroville, CA  95012

Rosalia Contreras
222 Mortimer Lane
Marina, CA  93933

Rosalia Jimenez
10326 Tembladera Street
Apartment 17
Castroville, CA  95012

Sabrina Crawford
1138 Madison Lane
Salinas, CA  93907

Salvador Compos
10326 Tembladera Street
Apartment 6
Castroville, CA  95012

Santos Martinez
1132 Madison Lane, Space G
Salinas, CA  93907

Sergio Cruz
10326 Tembladera Street
Apartment 22
Castroville, CA  95012

Socorro Hermositto Rosales
1530 Fremont Boulevard
Apartment F
Seaside, CA  93955

Steve Guidoti
1132 Madison Lane
Salinas, CA  93906

Steve Moreno
1727 Lowell Street
Seaside, CA  93955

Subway Real Estate Corp
1534 Fremont Boulevard
Suite D
Seaside, CA  93955

Susana Narisco
1532 Fremont Boulevard
Apartment M
Seaside, CA  93955

Teacolia Alexander
10326 Tembladera Street
Apartment 4
Castroville, CA  95012

Teresa Linares
1530 Fremont Boulevard
Apartment P
Seaside, CA  93955

THE WOLF FIRM
A Law Corporation
2955 Main Street, Second Floor
Irvine, California  92614

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

Case: 11-54904    Doc# 53    Filed: 07/06/11    Entered: 07/06/11 12:13:37    Page 9 of 10

Tim Montgomery
1132 Madison Lane
Salinas, CA  93906

Toribio Chacon
10326 Tembladera Street
Apartment 9
Castroville, CA  95012

Veronica Rodriguez
1532 Fremont Boulevard
Apartment R
Seaside, CA  93955

Victor Vasquez
1530 Fremont Boulevard
Apartment B
Seaside, CA  93955

Victoria Ann Bates
1530 Fremont Boulevard
Apartment H
Seaside, CA  93955

Vincent D. Pierce Jr.
1532 Fremont Boulevard
Apartment K
Seaside, CA  93955

Vincent Pierce Sr.
1532 Fremont Boulevard
Apartment K
Seaside, CA  93955

Virginia Rodriguez
1532 Fremont Boulevard
Apartment A
Seaside, CA  93955

Wells Fargo Business
P.O. Box 29482
Phoenix, AZ  85038

Yadira Soto
1530 Fremont Boulevard
Apartment M
Seaside, CA  93955

Yesenia Mendoza
1530 Fremont Boulevard
Apartment B
Seaside, CA  93955

Yolanda Ojeda Garcia
1721 Lowell Street, Unit B
Seaside, CA  93955

Zigmut Leszynski
1132 Madison Lane
Salinas, CA  93907

Advanta Bank Corp
P.O. Box 844
Spring House, PA  19477

BAC Home Loans Servicing
P.O. Box 515504
Los Angeles, CA  90051-6804

EMC Mortgage
P.O. Box 293150
Lewisville, TX  75029-3150

GC Services Ltd Partnership
P.O. Box 865
Houston, TX  77001

IBM
Lender Business Process Srvces
P.O. Box 4121
Beaverton, OR  97076-4121

IndyMac Mortgage Services
Home Loan Servicing
P.O. Box 4045
Kalamazoo, MI  49003-4045

Joseph Deeney
54 Sterner Ave
Broomall, PA  19008

JP Morgan/Chase
10790 Rancho Bernardo Road
San Diego, CA  92127

JP Morgan/Chase
P.O. Box 1093
Northridge, CA  91328

Kathleen Robinson
428 Rittenhouse Circle
Havertown, PA  19083

Nationstar Mortgage
P.O. Box 650783
Dallas, TX  75265

PLM Lender Services, Inc
46 North Second Street
Campbell, CA  95008

Rabobank, N.A.
Salinas Branch
301 Main Street
Salinas, CA  93901

Squamish Savings
1325 Pemberton Ave
Squamish, BC Canada
V8B 0J8

Stonecrest
PLM Lender Services, Inc
46 North Second Street
Campbell, CA  95008

Suntrust Mortgage
1001 Semmes Ave
Richmond, VA  23224

THD/CBSD
P.O. Box 6497
Sioux Falls, SD  57117

Wells Fargo Business D
P.O. Box 29482
Phoenix, AZ  85038

Bank of America(World Points)
P.O. Box 17054
Wilmington, DE  19850

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE